IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEMUEL L. COLE,

     Appellant,

v.

DEPARTMENT         OF
CORRECTIONS,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-867

_____/

Opinion filed June 5, 2017.

An appeal from the Circuit Court for Leon County.
James Hankinson, Judge.

Lemuel L. Cole, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Mark S. Urban, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., LEWIS, and BILBREY, JJ., CONCUR.